OPINION — AG — **** SPECIAL JUDGES — RETIREMENT SYSTEM — MEMBERSHIP **** SPECIAL JUDGES OF THE DISTRICT COURT (AS SUCH OFFICES CREATED EFFECTIVE JANUARY 13, 1969) ARE WITHIN THE PURVIEW OF THE UNIFORM RETIREMENT SYSTEM FOR JUSTICES AND JUDGES (20 O.S. 1968 Supp., 1101 [20-1101]) AND ARE THUS NOT WITHIN THE PURVIEW OF THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM. CITE: 20 O.S. 1968 Supp., 1101-1106 [20-1101] — [20-1106], ARTICLE VII, SECTION 11(C), 20 O.S. 1968 Supp., 1106 [20-1106] (HUGH COLLUM) ** SEE: OPINION NO. 75-269 (1975) **